UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-cr-183-WTL-MJD |
| | ) | |
| WILLIE MILLS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Willie Mills' supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1 (a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The Defendant shall have his conditions of supervised release revoked.

2. Defendant shall be sentenced to the custody of the Attorney General or his designee for a period of one hundred (100) days with no supervised release to follow.

3. The Defendant shall be taken into custody immediately.

SO ORDERED this 31st day of May, 2017

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via ECF